[No. 33113-2-I.    Division One.    April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN P. STOCKWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01076-8, Michael J. Fox, J., entered July 26, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.

[No. 35421-3-I.    Division One.    April 29, 1996.]

SUSAN THORBROGGER, *Respondent*, v. GUY O. MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-05653-8, John M. Darrah, J., and Elizabeth Selleck, J. Pro Tem., entered August 10 and September 15, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Cox, JJ.

[No. 36016-7-I.    Division One.    April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04604-9, Jim Bates, J., entered January 4, 1995. *Dismissed* by unpublished per curiam opinion.